In the Matter of State of New York, Respondent, v Daniel F., Appellant.

Submitted October 31, 2011; decided December 13, 2011

Reported below, 77 AD3d 1400.

Motion to strike appendix and supplemental appendix and to direct appellant to file the record on appeal granted and appellant is directed to serve three copies of the record on appeal on respondent and file the original and eight copies with the Court.